UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MINHYE PARK,                                    Case No.1:20-cv-02636

                             Plaintiff,

-against-

DAVID DENNIS KIM, M.D.,

                             Defendant.
------------------------------------------------------------------X

## **NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that plaintiff MINHYE PARK, in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an Order on August 24, 2022 and Judgment entered in this action on August 25, 2022, for each and every Order, including but not limited to, granting Defendant's motion to dismiss, denying Plaintiff's motion for sanctions against Defendant and his counsel(s).

Dated: Uniondale, New York
September 18, 2022

JSLLAW OFFICE P.C.

                                                   JAE S. LEE
                                                   626 RXR PLAZA
                                                   UNIONDALE, NY 11556
                                                   (718) 461-8000

APPEAL,ACO,MAGAPP

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:20−cv−02636−PKC−LB

| | |
|---|---|
| Park v. Kim | Date Filed: 06/13/2020 |
| Assigned to: Judge Pamela K. Chen | Date Terminated: 08/25/2022 |
| Referred to: Magistrate Judge Lois Bloom | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Medical Malpractice | Nature of Suit: 362 Personal Inj. Med. Malpractice |
| | Jurisdiction: Diversity |

**Plaintiff**

**Minhye Park**     represented by     **Jae Soog Lee**
Jsl Law Offices, P.C.
626 Rxr Plaza
Uniondale, NY 11358
718−461−8000
Fax: 866−449−8003
Email: jae@lawjsl.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David Dennis Kim**     represented by     **Alejandra R. Gil**
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601
914−559−3100
Fax: 914−949−1160
Email: agil@hpmb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bianca Marie Van Deusen**
Heidell, Pittoni, Murphy & Bach
99 Park Avenue
7th Floor
New York, NY 10016
212−286−8585
Fax: 212−490−8966
Email: bvandeusen@hpmb.com
*ATTORNEY TO BE NOTICED*

**Hayley B Newman**
Heidell, PIttoni, Murphy & Bach, LLP
NY
99 Park Avenue
NEW YORK
New York, NY 10016
212−286−8585
Email: hnewman@hpmb.com
*ATTORNEY TO BE NOTICED*

**Olivia Darius**
Heidell Pittoni Murphy & Bach LLP
81 Main Street
White Plains, NY 10601
914−559−3100
Fax: 914−949−1160
Email: odarius@hpmb.com

*ATTORNEY TO BE NOTICED*

**Robert B. Gibson**
Heidell, Pittoni, Murphy & Bach, LLP
81 Main Street
White Plains, NY 10601
914–559–3100
Fax: 914–949–1160
Email: rgibson@hpmb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2020 | 1 | COMPLAINT *MINHYE PARK* against DAVID DENNIS KIM filing fee $ 400, receipt number ANYEDC–12922956, filed by MINHYE PARK. (Lee, Jae Soog) (Entered: 06/13/2020) |
| 06/15/2020 |   | Case Assigned to Judge Pamela K. Chen and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 06/15/2020) |
| 06/15/2020 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 06/15/2020) |
| 06/15/2020 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 06/15/2020) |
| 06/15/2020 |   | NOTICE re 3 Quality Control Check – Attorney Case Opening : Due to the amount of errors made when filing this case, Plaintiff counsel is advised to refer to the Attorney Case Opening Video Tutorial/Manual before filing another case electronically. (Davis, Kimberly) (Entered: 06/15/2020) |
| 09/14/2020 |   | ORDER: The 1 Complaint in this matter was filed on June 13, 2020. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendant with the Summons and a copy of the Complaint by September 11, 2020. Plaintiff shall file proof of service or a status report in this matter by September 28, 2020. Failure to do so may result in a dismissal of this case for failure to prosecute. Ordered by Judge Pamela K. Chen on 9/14/2020. (Li, Caroline) (Entered: 09/14/2020) |
| 09/15/2020 |   | CORRECTED ORDER: The 1 Complaint in this matter was filed on June 13, 2020. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendant with the Summons and a copy of the Complaint by September 11, 2020. Plaintiff shall file proof of service or a status report in this matter by September 28, 2020. Failure to do so may result in a dismissal of this case for failure to serve. Ordered by Judge Pamela K. Chen on 9/15/2020. (Li, Caroline) (Entered: 09/15/2020) |
| 09/28/2020 | 4 | First MOTION for Extension of Time to File *Proof of service* by Minhye Park. (Attachments: # 1 Affidavit, # 2 Proposed Summons) (Lee, Jae Soog) (Entered: 09/28/2020) |
| 09/29/2020 |   | ORDER: Plaintiff reports that the Defendant was served with the Complaint, but not the Summons, in this action. Plaintiff requests to electronically file the Summons. This request is denied. Plaintiff shall serve the Summons **and** Complaint, in accordance with Federal Rule of Civil Procedure Rule 4 and file proof of service by October 28, 2020. If Plaintiff fails to file proof of service of the Summons and Complaint by October 28, 2020, I will recommend that this case should be dismissed under Federal |

| | | |
|---|---|---|
| | | Rule of Civil Procedure 4(m). Ordered by Magistrate Judge Lois Bloom on 9/29/2020. (Wilhelm, Samantha) (Entered: 09/29/2020) |
| 10/08/2020 | 5 | SUMMONS Returned Executed by Minhye Park. David Dennis Kim served on 10/1/2020, answer due 10/22/2020. (Lee, Jae Soog) (Entered: 10/08/2020) |
| 10/22/2020 | 6 | NOTICE of Appearance by Hayley B Newman on behalf of David Dennis Kim (aty to be noticed) (Newman, Hayley) (Entered: 10/22/2020) |
| 10/22/2020 | 7 | ANSWER to 1 Complaint by David Dennis Kim. (Newman, Hayley) (Entered: 10/22/2020) |
| 10/22/2020 | 8 | NOTICE of Appearance by Olivia Darius on behalf of David Dennis Kim (aty to be noticed) (Darius, Olivia) (Entered: 10/22/2020) |
| 10/23/2020 | 9 | ORDER: The Court shall hold the initial conference by telephone in plaintiff's medical malpractice case on November 12, 2020 at 2:00 p.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 2:00 p.m. on November 12, 2020. A planning conference pursuant to Rule 26(a) shall be held by November 5, 2020. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 10/23/2020. (Wilhelm, Samantha) (Entered: 10/23/2020) |
| 10/26/2020 | 10 | NOTICE of Appearance by Robert B. Gibson on behalf of David Dennis Kim (aty to be noticed) (Gibson, Robert) (Entered: 10/26/2020) |
| 11/11/2020 | 11 | REPORT of Rule 26(f) Planning Meeting (Newman, Hayley) (Entered: 11/11/2020) |
| 11/12/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 11/12/2020 (AT&T Log #2:04–2:42.) (Rein, Gilbert) (Entered: 11/12/2020) |
| 11/12/2020 | | ORDER: The Court held the initial conference in plaintiff's medical malpractice case on November 12, 2020 and declined to set discovery deadlines. As discussed on the record, plaintiff shall provide signed medical record releases to defendant by November 20, 2020. Plaintiff shall reserve defendant with a proper summons and the complaint by December 11, 2020 and shall file proof of service on the docket by December 15, 2020. The parties shall meet and confer regarding a mutual protective order and discuss what fact discovery is needed. The parties are encouraged to discuss settlement. The Court shall hold a telephone conference on December 22, 2020 at 11:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:00 a.m on December 22, 2020. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom, on 11/12/2020. (Rein, Gilbert) *Modified.* (Entered: 11/12/2020) |
| 12/09/2020 | 12 | Summons Issued as to David Dennis Kim. (Brown, Marc) (Entered: 12/09/2020) |
| 12/15/2020 | 13 | SUMMONS Returned Executed by Minhye Park. David Dennis Kim served on 12/14/2020, answer due 1/4/2021. (Lee, Jae Soog) (Entered: 12/15/2020) |
| 12/22/2020 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 12/22/2020. (AT&T Log #11:00–11:30.) (Rein, Gilbert) (Entered: 12/22/2020) |
| 12/22/2020 | | ORDER: The Court held a telephone conference in plaintiff's medical malpractice case on December 22, 2020 and set the following deadlines. Any request to join other parties or to amend the pleadings shall be filed by January 22, 2021. FED. R. CIV. P. 16 (b)(3)(A). The parties shall complete all discovery by June 15, 2021. Upon the completion of discovery, any party seeking to file a dispositive motion shall request a pre–motion conference by June 29, 2021 in accordance with Judge Chen's Individual Motion Practices and Rules. Ordered by Magistrate Judge Lois Bloom on 12/22/2020. (Rein, Gilbert) (Entered: 12/22/2020) |

| | | |
|---|---|---|
| 06/01/2021 | 14 | MOTION for Extension of Time to Complete Discovery *Letter to Judge re: Extension of Time* by David Dennis Kim. (Newman, Hayley) (Entered: 06/01/2021) |
| 06/02/2021 | | ORDER: Defendant requests, with plaintiff's consent, an extension of time to complete discovery. ECF No. 14 . The request is granted. The parties shall complete all discovery by September 30, 2021. Upon the completion of discovery, any party seeking to file a dispositive motion shall request a pre–motion conference by October 15, 2021 in accordance with Judge Chen's Individual Motion Practices and Rules. Ordered by Magistrate Judge Lois Bloom on 6/2/2021. (Rein, Gilbert) (Entered: 06/02/2021) |
| 07/16/2021 | 15 | Letter MOTION for Discovery by David Dennis Kim. (Newman, Hayley) (Entered: 07/16/2021) |
| 07/22/2021 | | ORDER: Defendant requests permission to file a motion to compel discovery. ECF No. 15 . The request is granted. Defendant shall file his motion to compel by July 29, 2021 and plaintiff shall file her response by August 5, 2021. The Court shall hold a telephone conference on August 11, 2021 at 11:30 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:30 a.m. on August 11, 2021. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 7/22/2021. (Rein, Gilbert) (Entered: 07/22/2021) |
| 07/29/2021 | 16 | MOTION to Compel *for an order compelling the production of discovery, documents and answers to interrogatories.* by David Dennis Kim. (Newman, Hayley) (Entered: 07/29/2021) |
| 07/29/2021 | 17 | MOTION to Compel *for an order compelling the production of discovery, documents and answers to interrogatories.* by David Dennis Kim. (Attachments: # 1 Declaration Declaration in Support of Motion to Compel, # 2 Exhibit Exh A.–Summons and Complaint, # 3 Exhibit Exh B. –Defendants Answer, # 4 Exhibit Exh C.– Defendants First Set of Interrogatories and First Demand for the Production of Documents, # 5 Exhibit Exh D.– Plaintiffs Response to Defendants First Demand for Interrogatories and Rule 26 Disclosures, # 6 Exhibit Exh E. –Defendants Letter to Plaintiff date February 8, 2021, # 7 Exhibit Exh F. –Defendants Letters to Plaintiff dated March 9, 2021, # 8 Exhibit Exh G. –Defendants Letter to Plaintiff dated April 29, 2021, # 9 Exhibit Exh H. –Defendants Second Demand for Production of Documents, # 10 Exhibit Exh I. – Defendants Letter to Plaintiff dated June 21, 2021, # 11 Exhibit Exh J.–Plaintiffs medical records from her treatment with Dr. Kim, # 12 Exhibit Exh K. – Plaintiffs First Request for Admission, # 13 Exhibit Exh L.– Defendants Letter to Plaintiff dated March 9, 2021 concerning Plaintiffs First Request for Admissions, # 14 Exhibit Exh M.–Sharefile Receipt documenting that plaintiffs counsel was sent Dr. Kims chart on February 10, 2021, # 15 Rule 37 Certification, # 16 Memorandum in Support Memorandum of Law in support of Motion to Compel) (Newman, Hayley) (Entered: 07/29/2021) |
| 08/05/2021 | 18 | RESPONSE in Opposition re 16 MOTION to Compel *for an order compelling the production of discovery, documents and answers to interrogatories.* filed by Minhye Park. (Lee, Jae Soog) (Entered: 08/06/2021) |
| 08/09/2021 | 19 | MOTION for Hearing by Minhye Park. (Attachments: # 1 Exhibit A. D ltr to court,7.16,2021, # 2 Exhibit B. Def med records, p31, # 3 Exhibit C. med records of MIRAE, # 4 Exhibit D. med records of ROSEMOM, # 5 Exhibit E. Patient consent _ Korean & English _11.16, 2017, # 6 Exhibit F. invalid consent form_ 11.27, 2017, # 7 Exhibit G. P emails_ 7.5, 2021) (Lee, Jae Soog) (Entered: 08/09/2021) |
| 08/11/2021 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 8/11/2021. (AT&T Log #11:38–12:17.) (Rein, Gilbert) (Entered: 08/11/2021) |
| 08/11/2021 | | ORDER: The Court held a telephone conference in plaintiff's medical malpractice case on August 11, 2021. Defendant's motion to compel, ECF Nos. 15 – 17 , is granted. By September 10, 2021, plaintiff shall provide: records regarding her lost earnings; the names of her experts and their expert reports; and authorizations for collateral source insurance records from 2010 through the present. **This is a Court Order and plaintiff** |

| | | |
|---|---|---|
| | | **must comply.** Plaintiff is warned that if she fails to comply with the Court's Order to produce discovery, she may be subject to sanctions, which could include dismissal of this action.<br>The parties shall complete all discovery, including depositions, by September 30, 2021. Plaintiff shall make herself available for her deposition ahead of the September 30, 2021 deadline. Depositions should be conducted remotely.<br><br>Plaintiff's request for a settlement conference, ECF No. 19 , is denied without prejudice. Ordered by Magistrate Judge Lois Bloom on 8/11/2021. (Rein, Gilbert) (Entered: 08/11/2021) |
| 08/20/2021 | 20 | TRANSCRIPT of Proceedings held on August 11, 2021, before Judge Bloom. Court Transcriber: ARIA SERVICES, INC.. Email address: aria@leinen.net. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 9/10/2021. Redacted Transcript Deadline set for 9/20/2021. Release of Transcript Restriction set for 11/18/2021. (Rocco, Christine) (Entered: 08/20/2021) |
| 08/25/2021 | 21 | MOTION for Leave to Appeal in forma pauperis by Minhye Park. (Attachments: # 1 transcript, # 2 order, # 3 request, # 4 report, # 5 deposition, # 6 Def email) (Lee, Jae Soog) (Entered: 08/26/2021) |
| 08/27/2021 | | ORDER: The Court denies Plaintiff's 21 request to vacate Magistrate Judge Lois Bloom's discovery rulings, which based on the Court's review of the record, it finds are eminently reasonable, fair, and justified. Contrary to Plaintiff's contention, Judge Bloom thoroughly explained the reasons for her rulings during the August 11, 2021 conference, which were largely driven by *Plaintiff's* failure to produce relevant and material discovery, necessary for the logical, efficient, and fruitful progression of other discovery, such as depositions, and settlement discussions in this case. (*See* Transcript for August 11, 2021 Conference, Dkt. 21–1, at Tr. 3:24–18:1 (addressing the need for Plaintiff to produce the requested documents and explaining why it was premature to schedule a settlement conference); Tr. 17:7–12 (denying Plaintiff the opportunity to orally move to compel); Tr. 19:9–22:10 (addressing depositions).) If anything, Judge Bloom has tried to assist Plaintiff and her counsel in understanding what Plaintiff will need to prove her malpractice claim, such as expert medical testimony, and request for lost earnings, such as earnings records. (*Id.* at Tr. 10:11–13, 22:10–23:9.) Thus, Judge Bloom's discovery rulings were far from "clearly erroneous," and the Court will not disturb them. Ordered by Judge Pamela K. Chen on 8/27/2021. (Irving, Louisa) (Entered: 08/27/2021) |
| 09/13/2021 | 22 | RESPONSE to Discovery Request by Minhye Park. (Lee, Jae Soog) (Entered: 09/13/2021) |
| 09/16/2021 | 23 | Letter *requesting permission to file motion to dismiss* by David Dennis Kim (Newman, Hayley) (Entered: 09/16/2021) |
| 09/18/2021 | 24 | MOTION for Protective Order by Minhye Park. (Lee, Jae Soog) (Entered: 09/18/2021) |
| 09/20/2021 | | ORDER: Plaintiff requests a protective order addressing the time of her scheduled deposition. ECF No. 24 . Her request states that her deposition is scheduled for today, Monday, September 20, 2021, however, she filed her request on the evening of Saturday, September 18, 2021 when the Court was unavailable. Id.<br>The parties shall file a joint status letter by September 24, 2021 stating whether they proceeded with plaintiff's deposition. If the deposition did not proceed, the parties' letter shall state an agreed upon date and time for plaintiff's rescheduled deposition. Ordered by Magistrate Judge Lois Bloom on 9/20/2021. (Rein, Gilbert) (Entered: 09/20/2021) |
| 09/20/2021 | | ORDER: Defendant's 23 letter request is respectfully referred to the Honorable Lois Bloom, Magistrate Judge, for resolution. Ordered by Judge Pamela K. Chen on 9/20/2021. (Irving, Louisa) (Entered: 09/20/2021) |
| 09/22/2021 | 25 | MOTION for Sanctions by Minhye Park. (Lee, Jae Soog) (Entered: 09/22/2021) |

| | | |
|---|---|---|
| 09/23/2021 | 26 | Letter by David Dennis Kim (Attachments: # 1 Exhibit A: Deposition Notice with Affidavit of Service, # 2 Exhibit B: Deposition Notice for March 2021, # 3 Exhibit C: Emails, # 4 Exhibit D: Joint Letter in Response to Court Orders, # 5 Exhibit E: Emails to Plaintiff Re Joint Letter Ordered by Court) (Newman, Hayley) (Entered: 09/23/2021) |
| 09/23/2021 | | ORDER: Plaintiff's 25 motion for sanctions is respectfully referred to the Honorable Lois Bloom, Magistrate Judge, for resolution. Ordered by Judge Pamela K. Chen on 9/23/2021. (Irving, Louisa) (Entered: 09/23/2021) |
| 09/24/2021 | 27 | RESPONSE to Motion re 24 MOTION for Protective Order filed by Minhye Park. (Lee, Jae Soog) (Entered: 09/25/2021) |
| 09/27/2021 | | ORDER: The Court shall hold a telephone conference on October 6, 2021 at 10:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 10:00 a.m. on October 6, 2021. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 9/27/2021. (Rein, Gilbert) (Entered: 09/27/2021) |
| 09/27/2021 | 28 | NOTICE OF APPEAL by Minhye Park. Appeal Record due by 9/27/2021. (Lee, Jae Soog) (Entered: 09/27/2021) |
| 09/28/2021 | | APPEAL FILING FEE DUE re 28 Notice of Appeal Payment in the amount of $505.00, can be made in person to the clerks office, or mailed in or paid online with the event *Civil Case Appeal Filing Fee*. (Jones, Vasean) (Entered: 09/28/2021) |
| 09/28/2021 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 28 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 09/28/2021) |
| 10/06/2021 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 10/6/2021. (AT&T Log #10:02–10:13.) (Rein, Gilbert) (Entered: 10/06/2021) |
| 10/06/2021 | | ORDER: The Court held a telephone conference in plaintiff's medical malpractice case on October 6, 2021. Discovery is stayed pending a decision on plaintiff's appeal of the Court's discovery order to the Court of Appeals. Ordered by Magistrate Judge Lois Bloom on 10/6/2021. (Rein, Gilbert) (Entered: 10/06/2021) |
| 11/19/2021 | 29 | NOTICE of Appearance by Bianca Marie Van Deusen on behalf of David Dennis Kim (aty to be noticed) (Van Deusen, Bianca) (Entered: 11/19/2021) |
| 11/24/2021 | 30 | MANDATE of USCA as to 28 Notice of Appeal filed by Minhye Park. IT IS HEREBY ORDERED that the appeal is dismissed effective October 29, 2021 unless by that date appellant either pays the fee in full, moves for in forma pauperis status in District Court or, if District Court has denied in forma pauperis status, moves in this Court for in forma pauperis status. If appellant has filed the motion in District Court and the motion is pending, appellant must so advise this Court in writing by the same date. Issued as Mandate: 11/24/2021. USCA# 21–2459. (Jones, Vasean) Modified on 12/13/2021 (Jones, Vasean). (Entered: 11/24/2021) |
| 11/29/2021 | | ORDER: The Court of Appeals has dismissed plaintiff's appeal of the Court's discovery Order. ECF No. 30 . The stay of discovery in this matter is lifted. Plaintiff shall have one final opportunity to comply with the Court's discovery Order which was affirmed by Judge Chen. The parties shall complete all discovery by January 14, 2022. As set forth in the Court's Order, plaintiff shall produce: records regarding her lost earnings; the names of her experts and their expert reports; and authorizations for collateral source insurance records from 2010 through the present. See Electronic Order dated Aug. 11, 2021. Plaintiff shall also respond to defendant's interrogatories and document demands. **This is a Court Order and plaintiff must comply.** This is plaintiff's last chance. The parties shall still meet and confer regarding any discovery dispute that has not already been ruled upon prior to making an application to the Court. Local Civil Rule 37.3 Plaintiff's application for a protective Order, ECF No. 24 , is denied. |

| | | |
|---|---|---|
| | | Defendant previously requested permission to file a motion to dismiss, ECF No. 23 , and plaintiff previously filed a motion for sanctions, ECF No. 25 . If plaintiff fails to comply with the Court's instant Order to produce the outstanding discovery by January 14, 2022, the parties shall brief their motions as follows: defendant shall file his motion to dismiss and his opposition to plaintiff's motion for sanctions by January 28, 2022; plaintiff shall file her opposition to defendant's motion to dismiss by February 18, 2022 as well as any reply regarding her motion for sanctions; defendant may file a reply regarding the motion to dismiss by February 25, 2022.<br>Any request to extend these deadlines must be made in writing on notice to the other side at least three days before the deadline. Ordered by Magistrate Judge Lois Bloom on 11/29/2021. (Rein, Gilbert) (Entered: 11/29/2021) |
| 12/15/2021 | 31 | NOTICE to Take Deposition by David Dennis Kim. (Van Deusen, Bianca) (Entered: 12/15/2021) |
| 12/17/2021 | 32 | NOTICE of Appearance by Alejandra R. Gil on behalf of David Dennis Kim (aty to be noticed) (Gil, Alejandra) (Entered: 12/17/2021) |
| 12/20/2021 | 33 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Minhye Park (Lee, Jae Soog) (Entered: 12/20/2021) |
| 12/20/2021 | | ORDER: In summary fashion, Plaintiff appeals all of the rulings in Magistrate Judge Bloom's 11/29/2021 Docket Order. (Dkt. 8.) Magistrate Judge Bloom's docket order dealt with various non–dispositive issues, such as discovery disputes, an application for a protective order, and a briefing schedule for a motion to dismiss and a sanctions motion. (11/29/2021 Docket Order.) A district judge will modify or set aside a magistrate judge's determination on such non–dispositive, pre–trial matters only where the determination was "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *Pressley v. City of New York*, No. 11–CV–3234 (PKC) (RER), 2016 WL 1271480, at *1 (E.D.N.Y. Mar. 31, 2016). The court has reviewed all of the rulings contained in Magistrate Judge Bloom's 11/29/2021 Docket Order. None are clearly erroneous or contrary to law. Accordingly, Plaintiff's 33 appeal of Magistrate Judge Bloom's 11/29/2021 Docket Order is DENIED. All of the rulings in the 11/29/2021 order are affirmed, and all of the deadlines in that order remain operative. Ordered by Judge Pamela K. Chen on 12/20/2021. (Stephan, Keegan) (Entered: 12/20/2021) |
| 01/12/2022 | 34 | MOTION for Extension of Time to Complete Discovery *requesting additional time to complete fact discovery, including the deposition of our client, Dr. Kim.* by David Dennis Kim. (Gil, Alejandra) (Entered: 01/12/2022) |
| 01/13/2022 | | ORDER: Defendant, with plaintiff's consent, requests an extension of time to complete discovery. ECF No. 34 . The request is granted. The parties shall complete all discovery by January 28, 2022.<br>Defendant states that plaintiff has still failed to produce discovery in accordance with the Court's prior Order. Id. The Court previously set a motion schedule for defendant's motion to dismiss and plaintiff's motion for sanctions. If plaintiff fails to produce the outstanding discovery by January 28, 2022, the parties shall serve and brief their motions as follows: defendant shall serve his motion to dismiss and plaintiff shall serve her motion for sanctions by February 4, 2022; plaintiff shall serve her opposition to defendant's motion to dismiss and defendant shall serve his opposition to the motion for sanctions by February 25, 2022; the parties may serve a reply regarding their motions by March 4, 2022; The parties fully briefed motions shall be electronically filed on March 4, 2022.<br>No request to extend these deadlines will be considered unless it is made in writing on notice to the other side at least three days before the deadline. Plaintiff's previously filed motion for sanctions, ECF No. 25 , which was filed without being fully briefed, shall be marked as withdrawn without prejudice and refiled according to the schedule set forth above. Ordered by Magistrate Judge Lois Bloom on 1/13/2022. (Rein, Gilbert) (Entered: 01/13/2022) |
| 03/04/2022 | 35 | MEMORANDUM in Support *of Defendant's Motion to Dismiss/Compel* filed by All Defendants. (Attachments: # 1 Notice of Motion Notice of Motion Compel/Dismiss, # 2 Declaration Declaration in Support of Motion to Compel/Dismiss, # 3 Memorandum in Support Memorandum of Law in Support of Motion to Dismiss/Compel, # 4 Certificate of Service Rule 37– Certification) (Van Deusen, Bianca) (Entered: 03/04/2022) |

| | | |
|---|---|---|
| 03/10/2022 | | ORDER: Defendant filed his motion to dismiss on March 4, 2022. ECF No. 35 . The fully briefed motion, including plaintiff's opposition, was due on that date. See Electronic Order dated Jan. 13, 2022. Although defendant's filing references plaintiff's opposition, the Court was not provided with a copy of plaintiff's papers. Plaintiff shall file her opposition to defendant's motion by March 14, 2022.<br>The Court notes that plaintiff's fully briefed motion for sanctions was also due on March 4, 2022; no such motion has been filed and no motion would be accepted at this time. See Electronic Order dated Jan. 13, 2022. Ordered by Magistrate Judge Lois Bloom on 3/10/2022. (Rein, Gilbert) (Entered: 03/10/2022) |
| 03/14/2022 | 36 | MEMORANDUM in Opposition filed by Minhye Park. (Lee, Jae Soog) (Entered: 03/15/2022) |
| 03/15/2022 | 37 | EXHIBIT *A–M* by Minhye Park. Related document: 36 Memorandum in Opposition filed by Minhye Park. (Attachments: # 1 Exhibit EXIBIHIT B, # 2 Exhibit EXIBIHIT D, # 3 Exhibit EXIBIHIT E, # 4 Exhibit EXIBIHIT G, # 5 Exhibit EXIBIHIT H, # 6 Exhibit EXIBIHIT I, # 7 Exhibit EXIBIHIT J, # 8 Exhibit EXIBIHIT K, # 9 Exhibit EXIBIHIT L, # 10 Exhibit EXIBIHIT L–1, # 11 Exhibit EXIBIHIT M) (Lee, Jae Soog) (Entered: 03/15/2022) |
| 03/15/2022 | 38 | MOTION for Sanctions by Minhye Park. (Attachments: # 1 Exhibit) (Lee, Jae Soog) (Entered: 03/15/2022) |
| 03/15/2022 | 39 | Letter MOTION to Dismiss *in further support of defendant's Motion to Dismiss* by David Dennis Kim. (Attachments: # 1 Exhibit Exh. A. – Plaintiffs Opposition Papers dated February 25, 2022, # 2 Exhibit Exh. B. –Plaintiffs Opposition Papers dated March 14, 2022) (Van Deusen, Bianca) (Entered: 03/15/2022) |
| 04/25/2022 | 40 | REPORT AND RECOMMENDATION: For the reasons stated in the attached Report, it is respectfully recommended under 28 U.S.C. § 636(b) that defendant's motion to dismiss this action under Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b) should be granted. Should this Report be adopted, defendant should be granted fourteen days to submit a reasonable fee application supported by contemporaneous records as well as a brief addressing who should be responsible for the fee. *Objections to R&R due by 5/9/2022* See Attached Report Ordered by Magistrate Judge Lois Bloom on 4/25/2022. (Rein, Gilbert) (Entered: 04/25/2022) |
| 05/09/2022 | 41 | Letter MOTION for Extension of Time to File Response/Reply by Minhye Park. (Lee, Jae Soog) (Entered: 05/09/2022) |
| 05/10/2022 | | ORDER: Plaintiff requests an extension of time to object to my April 25, 2022 Report and Recommendation. ECF No. 41. The request is granted. Plaintiff shall file her objection by May 23, 2022. Ordered by Magistrate Judge Lois Bloom on 5/10/2022. (Rein, Gilbert) (Entered: 05/10/2022) |
| 05/24/2022 | 42 | OBJECTION to 40 Report and Recommendations filed by Minhye Park. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit) (Lee, Jae Soog) (Entered: 05/24/2022) |
| 05/24/2022 | | ORDER: On or before June 8, 2022, Defendant shall file a response to Plaintiff's 42 objections to Judge Bloom's 40 Report & Recommendation. Ordered by Judge Pamela K. Chen on 5/24/2022. (Stephan, Keegan) (Entered: 05/24/2022) |
| 06/08/2022 | 43 | REPLY in Opposition re 42 Objection to Report and Recommendations *Response to plaintiffs Rule 72 objections* filed by David Dennis Kim. (Attachments: # 1 Exhibit Exhibit A – cover letter and affidavit of service) (Gil, Alejandra) (Entered: 06/08/2022) |
| 08/24/2022 | 44 | ORDER ADOPTING REPORT AND RECOMMENDATION: For the reasons explained in the attached Memorandum & Order, Magistrate Judge Bloom's 40 Report and Recommendation is adopted in full; Plaintiff's 38 motion for sanctions is denied; Defendant's 38 motion to dismiss this case pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b) is granted; and, within 14 days of the date of this Memorandum & Order, Defendant shall submit a reasonable fee application supported by contemporaneous records as well as a brief addressing who should be responsible for the fee. The Clerk of Court is respectfully directed to enter judgment accordingly and close this case. Ordered by Judge Pamela K. Chen on 8/24/2022. (Stephan, Keegan) (Entered: 08/24/2022) |

| | | |
|---|---|---|
| 08/25/2022 | 45 | CLERK'S JUDGMENT dated 8/25/22 that Plaintiff's motion for sanctions is denied; that Defendant's motion to dismiss this case pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b) is granted; and that, within 14 days of the date of this Memorandum & Order, Defendant shall submit a reasonable fee application supported by contemporaneous records as well as a brief addressing who should be responsible for the fee. ( Ordered by Jalitza Poveda, Deputy Clerk on behalf of Brenna B. Mahoney, Clerk of Court on 8/25/2022 ) (Guzzi, Roseann) (Entered: 08/25/2022) |
| 09/07/2022 | 46 | MOTION for Attorney Fees *Memorandum of Law in Support of Application for Attorneys' Fees* by David Dennis Kim. (Attachments: # 1 Exhibit Exh A. – Invoices, # 2 Exhibit Exh B – Resumes) (Gil, Alejandra) (Entered: 09/07/2022) |
| 09/08/2022 | | ORDER REFERRING MOTION: The 46 motion for attorneys' fees is respectfully referred to the Honorable Lois Bloom, U.S.M.J. Ordered by Judge Pamela K. Chen on 9/8/2022. Motions referred to Lois Bloom. (Stephan, Keegan) (Entered: 09/08/2022) |
| 09/18/2022 | 47 | NOTICE OF APPEAL by Minhye Park. Filing fee $ 505, receipt number ANYEDC–15949615. Appeal Record due by 10/3/2022. (Lee, Jae Soog) (Entered: 09/18/2022) |
| 09/19/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 47 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 09/19/2022) |