UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MINHYE PARK,

                Plaintiff,

v.

DAVID DENNIS KIM,

                Defendant.
-------------------------------------------------------------X

JUDGMENT
20-CV-2636 (PKC)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on August 24, 2022, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated April 25, 2022, denying Plaintiff's motion for sanctions; granting Defendant's motion to dismiss this case pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b); it is

ORDERED and ADJUDGED that Plaintiff's motion for sanctions is denied; that Defendant's motion to dismiss this case pursuant to Federal Rules of Civil Procedure 37(b)(2)(A)(v) and 41(b) is granted; and that, within 14 days of the date of this Memorandum & Order, Defendant shall submit a reasonable fee application supported by contemporaneous records as well as a brief addressing who should be responsible for the fee.

Dated: Brooklyn, New York
        August 25, 2022

                              Brenna B. Mahoney
                              Clerk of Court

                      By:    */s/Jalitza Poveda*
                               Deputy Clerk