## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Park v. Kim   Docket No.: 22-2057

Lead Counsel of Record (name/firm) or Pro se Party (name):
Jae S. Lee/ JSL LAW OFFICES, P.C.

Appearance for (party/designation): Mirhye Park

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
[✓] Correct
[ ] Incorrect.  See attached caption page with corrections.

Appellate Designation is:
[✓] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
   Party                                   Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously.  The short title, docket number, and citation are: _____
Park v. Kim, 21-2459, Minhye Park v. David Dennis Kim

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on July 11, 2022 _____ OR that [ ] I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Jae S. Lee

OR

Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.