# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Minhye Park,**

v.

**David Dennis Kim**

**CERTIFICATE OF SERVICE***

Docket Number: **22-2057**

I, **Jae S. Lee**, hereby certify under penalty of perjury that
(print name)

on **October 3, 2022**, I served a copy of **Acknowledgment and Notice of appeal,**
(date)
Form 1, Form C, Form D, scheduling notification

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Heidell, Pittoni, Murphy & Bach, LLP | 99 Park Avenue | New York | NY | 10016 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**10/3/2022**
Today's Date

**/s/ Jae S. Lee**
Signature

Certificate of Service Form (Last Revised 12/2015)