NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Park v. Kim Docket No.: 22-2057

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Daniel S. Ratner, Esq.

Firm: Heidell Pittoni Murphy & Bach, LLP

Address: 99 Park Avenue, 4th Floor

Telephone: (212) 286-8585 Fax: (212) 490-8966

E-mail: dratner@hpmb.com

Appearance for: David Dennis Kim, M.D., Defendant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☑ Additional counsel (co-counsel with: Robert Gibson, Esq./Heidell Pittoni Murphy & Bach, LLP)
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/7/2021 OR

☐ I applied for admission on .

Signature of Counsel: /s/ Daniel S Ratner

Type or Print Name: Daniel S. Ratner, Esq.