# JSL LAW OFFICES, P.C.

626 RXR Plaza, Uniondale, New York 11556
Tel: ( 718) 461-8000, Fax: (866) 449-8003

---

October 3, 2022

*Via ECF*

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

    Re:    Minhye Park v. David Dennis Kim, No. 22-2057

Dear Ms. Wolfe:

    We write on behalf of the Plaintiff-Appellant in the above-referenced appeal pursuant to the U.S. Court of Appeals for the Second Circuit's Local Rule 31.2 respectfully to request that the Court set December 22, 2022 as the date by which Plaintiff-Appellant will submit her opening brief.

    Respectfully Submitted,

    /s/ *Jae S. Lee*
    Jae S. Lee.

cc:    Counsel of Record