# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Park v. Kim    Docket No.: 22-2057

Lead Counsel of Record (name/firm) or Pro se Party (name): Daniel S. Ratner/Heidell, Pittoni, Murphy & Bach, LLP

Appearance for (party/designation): David Dennis Kim, M.D./Defendant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect.  Please change the following parties' designations:
Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Daniel S. Ratner, Esq.
Firm: Heidell Pittoni Murphy & Bach, LLP
Address: 99 Park Avenue, 4th Floor
Telephone: (212) 286-8585    Fax: (212) 490-8966
Email: dratner@hpmb.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✔) I applied for admission on _____ or renewal on 10/07/2021.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: Daniel S. Ratner
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Park v. Kim          Docket Number: 22-2057

**Personal Contact Information:**

Client 1:

Name: David Dennis Kim, M.D.
Address: 143-16 Sanford Avenue, 1st Floor, Flushing, NY 11355
Telephone: (718) 445-1700          Fax:
Email:

Client 2:

Name:
Address:
Telephone:          Fax:
Email:

Client 3:

Name:
Address:
Telephone:          Fax:
Email:

Client 4:

Name:
Address:
Telephone:          Fax:
Email:

Client 5:

Name:
Address:
Telephone:          Fax:
Email: