NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Park v. Kim  Docket No.: 22-2057

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alejandra R. Gil

Firm: Heidell, Piittoni, Murphy & Bach, LLP

Address: 81 Main Street, Suite 112, White Plains, NY 10601

Telephone: (914) 559-3100    Fax: (914) 949 - 1160

E-mail: agil@hpmb.com

Appearance for: David Dennis Kim, M.D./Defendant
(party/designation)

**Select One:**

☐ Substitute counsel replacing lead counsel: _____
(name/firm)

☐ Substitute counsel replacing other counsel: _____
(name/firm)

✔ Additional counsel co-counsel with: Daniel S. Ratner/Heidell, Pittoni, Murphy & Bach, LLP
(name/firm)

☐ Amicus in support of: _____
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1 a) 2), have renewed my admission on 11/15/2022   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/

Type or Print Name: Alejandra R. Gil