UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of November, two thousand twenty-two,

_____

Minhye Park,

    Plaintiff - Appellant,

v.

David Dennis Kim,

    Defendant - Appellee.

_____

**ORDER**
Docket Number: 22-2057

A notice of appeal was filed on September 18, 2022. Appellant's Form D was due October 03, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 13, 2022 if the form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court