# JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, New York 11556
Tel: ( 718) 461-8000, Fax: (866) 449-8003

December 20, 2022

*Via ECF*

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

      Re:    Minhye Park v. David Dennis Kim. No. 22-2057

Dear Ms. Wolfe:

We write on behalf of the Plaintiff-Appellant in the above-referenced appeal pursuant to the U.S. Court of Appeals for the Second Circuit's Local Rule 27 respectfully to request an extension of time for 30 days to file a brief due to illness caused by the pandemic.

Plaintiff-Appellant respectfully to request the 3 days late filing be excused because of illness caused by the pandemic. This Court ordered the missing signatures in the submitted Form C&D to be correct before 12/13/2022.

No prior application was filed. Movant Plaintiff-Appellant has notified opposing counsel

                        Respectfully Submitted,

                        */s/ Jae S. Lee*
                        Jae S. Lee

## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
                    ss:
COUNTY OF QUEENS)

    I, JAE S. LEE, ESQ., an attorney at law, duly admitted to practice law before the United States Court of Appeal for the Second circuit, hereby affirm, under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age, and maintain a business address at Uniondale, New York. On December 20, 2022, I served the within an extension of time to file a brief and late filing to be excused by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each:

TO:   Heiell, Pittoni, Murphy & Back
       99 Park Avenue
       New York, NY 10016

Dated: Uniondale, New York
        December 20, 2022

                                                              /s/ *Jae S. Lee*
                                                               Jae S. Lee