UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of January, two thousand twenty-three,

_____

Minhye Park,

     Plaintiff - Appellant,

v.

David Dennis Kim,

     Defendant - Appellee.

_____

**ORDER**
Docket No. 22-2057

     Appellant's Minhye Park submission of a motion to extend time does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

     IT IS HEREBY ORDERED that the said motion to extend time is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court