## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
                      ss:
COUNTY OF QUEENS)

    I, JAE S. LEE, ESQ., an attorney at law, duly admitted to practice law before the United States Court of Appeal for the Second circuit, hereby affirm, under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age, and maintain a business address at Uniondale, New York. On January 17, 2023 ( **re-submission**), I served the within an extension of time to file a brief by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each:

TO:    Heiell, Pittoni, Murphy & Back
         81 Main Street
         White Plains, NY 10601

Dated: Uniondale, New York
          January 17, 2023

                                                                                    /s/ *Jae S. Lee*
                                                                                        Jae S. Lee