# JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, New York 11556
Tel: ( 718) 461-8000, Fax: (866) 449-8003

---

January 17, 2023
( Re-submission)

*Via ECF*

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

    Re:    Minhye Park v. David Dennis Kim. No. 22-2057

Dear Ms. Wolfe:

I respectfully request that this Court accept this letter as the Appellant's request for an extension of time to file its brief.

Pursuant to the U.S. Court of Appeals for the Second Circuit's Local Rule 27, I am writing to request an extension of 30 days to file the appellant's brief. Plaintiff's notice of appeal was filed on September 22, 2022. The original motion for an extension of time was made on December 16, 2022. My request for an extension to file a brief is being sought for the following reasons: I am a solo practitioner and due to illness caused by the pandemic and recovering from pandemic. There was no prior application and movant Plaintiff-Appellant has notified opposing counsel.

Thus, I respectfully request an enlargement of time for 30 days, or any time the Court deems fair and just.

    Respectfully submitted,

                              /s/ *Jae S. Lee*
                              Jae S. Lee

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 22-2057

Caption [use short title]

Motion for: Extension of time to file a brief ( Re-submission)

Set forth below precise, complete statement of relief sought:

Due to my illness caused by the pandemic,

Appellant respectfully requests an extension of time to file a brief

for 30 days, or any time the Court deems fair and just.

There was no prior application.

PARK v. KIM

MOVING PARTY: Minhye Park

OPPOSING PARTY: David Dennis Kim

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: Jae S. Lee

OPPOSING ATTORNEY: A Leja Ndrr. Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.

Heidell, Pittoni, Murphy & Bach, LLP

626 RXR PLAZA, UNIONDALE, NY 11556

81 Main Street, White Plains, NY 10601

(718) 461-8000

(914) 559-3100

Court- Judge/ Agency appealed from: EDNY- Hon. Pamela K. Chen

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No If yes, enter date:

Signature of Moving Attorney:

_____ Date: 1/17/2023  Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

2

## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
                      ss:
COUNTY OF QUEENS)

    I, JAE S. LEE, ESQ., an attorney at law, duly admitted to practice law before the United States Court of Appeal for the Second circuit, hereby affirm, under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age, and maintain a business address at Uniondale, New York. On January 17, 2023 ( **re-submission**), I served the within an extension of time to file a brief by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each:

TO:   Heiell, Pittoni, Murphy & Back
        81 Main Street
        White Plains, NY 10601

Dated: Uniondale, New York
           January 17, 2023

                                                    /s/ *Jae S. Lee*
                                                      Jae S. Lee