

**Alejandra R. Gil**
**Partner**
agil@hpmb.com

January 24, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: Minhye Park v. David Kim, M.D.
Docket: 22-2057
Our File: 778-1018

Dear Ms. O'Hagan Wolfe:

Our law firm represents Defendant-Appellee Dr. David Kim. We write in response to Plaintiff-Appellant's request for an extension of time to file her brief.

Ms. Lee initially notified the Court that her brief would be filed by December 22, 2022. On December 16, 2022, she requested an extension of thirty days (January 15, 2023). On December 19, 2022, this Court notified Ms. Lee that her document was defective and that it had to be cured no later than December 21, 2022. Ms. Lee failed to timely cure the defect and a Strike Order was filed by the Court on January 4, 2023. Almost two weeks later, on January 17, 2023, Ms. Lee resubmitted her request, renewing her request for an extension of thirty days, for the same reason stated in her original letter one month earlier.

Defendant-Appellee objects to Plaintiff-Appellant's request for an extension of time. Ms. Lee has ignored several notifications from this Court regarding her defective documents and is now essentially seeking a sixty-day extension from the date she requested to file her brief. Furthermore, Ms. Lee has never contacted our firm to request consent for an extension of time to file her brief. For this reason, we ask the Court to deny her request.

2676357.1

Ms. Catherine O'Hagan Wolfe
Re: Park v. Kim et al.
January 24, 2023
Page 2



       We thank the Court for its consideration.

                                            Respectfully submitted,

                                            Alejandra R. Gil

ARG/bv

cc:    **<u>VIA ECF</u>**

        Jae Lee, Esq.
        JSL LAW OFFICES, P.C.
        Attorneys for Plaintiff
        626 RXR Plaza
        Uniondale, New York 11556

2676357.1