# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand twenty-three.

Before:      José A. Cabranes,
                  *Circuit Judge.*

_____

Minhye Park,

      Plaintiff - Appellant,

v.

David Dennis Kim,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

    Appellant moves for a 30-day extension of time to file the opening brief. Appellee opposes the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief must be filed by February 27, 2023. Counsel is cautioned to heed this Court's deadlines or risk sanctions.

                                                   For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court