UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2057

Caption [use short title]

Motion for: Emergency Extension of Time to Perfect Brief

Set forth below precise, complete statement of relief sought:

Due to unfforeseen circumstances, our office experienced a data outrage, which has prevented us from accessing the necessary documents to complete the brief by today, 2/27/2023. We respectfully request an extension of 5 days to perfect the brief.

PARK v. KIM

MOVING PARTY: _____  OPPOSING PARTY: David Dennis Kim

☐ Plaintiff   ☐ Defendant
✔ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Jae Lee                OPPOSING ATTORNEY: 4. Alejandra R. Gil
[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.                   HPMB
626 RXR PLAZA, UNIONDALE, NY 11556      81 Main Street, White Plains, NY 10601
(718) 461-8000                          (914) 559 - 3100

Court- Judge/ Agency appealed from: EDNY- Hon. CHEN

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes ✔ No
Has this relief been previously sought in this court?  ☐ Yes ✔ No
Requested return date and explanation of emergency:
March 6, 2023, a data outrage

Is oral argument on motion requested?  ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☐ No  If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: 2/27/2023   Service by: ✔ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____X

MINHYE PARK,

          Docket No.22-2057

  Plaintiff-Appellant,

-against-        DECLARATION IN SUPPORT OF
              MOTION TO EXTEND TIME TO
              PERFECT BRIEF

DAVID DENNIS KIM,

  Defendant-Appellee
_____X

  JAE LEE, an attorney duly admitted to practice in this Court, hereby declares as follows under penalties of perjury:

1. Declarant is a member in the firm of JSL Law Offices, P.C., counsel for the Plaintiff in the above referenced appeal. I make this Declaration in Support of the within Motion to Extend Time to perfect the brief in the above-captioned case, which is currently due on February 27, 2023.

2. Our firm experienced a data outrage on February 24, 2023, which has prevented us from accessing the necessary documents and materials to complete the brief in a timely manner. The data outrage occurred when our firm's server malfunctioned, and we have been unable to retrieve any data from since that time.

3. Based on the foregoing circumstances, we respectfully request an extension of 5 days to perfect the brief, and grant such other and further relief as this Court deems just and appropriate.

Dated: Uniondale, New York
       February 27, 2023

                                                  /s/ Jae S. Lee
                                                  Jae Lee

 Gmail

Two EightThousand <ny8608000@gmail.com>

## Unable to access the device [Incident: 230220-004283]

**Two EightThousand** <ny8608000@gmail.com>  Fri, Feb 24, 2023 at 9:47 PM
To: WD Customer Support <westerndigital@mailac.custhelp.com>

Dear Milles,
Thank you for your email regarding the issues I have been experiencing with my Mycloud Mirror. I appreciate the efforts that your technicians have made to try and resolve the issue, however, unfortunately, the outcome has been worse than before.

As you are aware, I was unable to access Mycloud Mirror, and there was no prior warning of any capacity issues or risk of data loss. After six hours of troubleshooting with your technicians, the EX2 Ultra, which had never been used before and was working perfectly fine, became totally disabled and damaged. This has caused me a great deal of inconvenience and frustration, as I now have to go through the process of finding a replacement and recover.

At this point, I am not willing to let your technicians attempt to fix the issues again, as I am concerned that it will only result in further headaches and wasted time. Therefore, I would like to request that you replace or compensate BOTH the Mycloud Mirror and EX2 Ultra, or provide me with higher capacity products for the both as an alternative.

I hope that we can come to a mutually satisfactory resolution to this matter, and I look forward to hearing back from you soon.


Thank you for your attention to this matter.

Sincerely,

Jae

.