# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand twenty-three.

Before:     José A. Cabranes,
                  *Circuit Judge.*

_____

Minhye Park,

      Plaintiff - Appellant,

v.

David Dennis Kim,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

      Appellant moves for a five-day extension of time, to March 3, 2023, to file the opening brief.

      IT IS HEREBY ORDERED that the motion is GRANTED, absent objection, *nunc pro tunc*. Counsel is again cautioned to heed this Court's rules and deadlines or risk sanctions. *See* Local Rule 27.1(f).

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court