UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2057

**Caption [use short title]**

**Motion for:** EXCUSE LATE SUBMISSION

Set forth below precise, complete statement of relief sought:

Due to the data outrage, we filed a motion to extend time to submit the brief, which was granted by the court to submit the brief by March 3, 2023. Unfortunately, we were unable to recover the data until March 5, 2023, at 6PM. we respectfully request that the Court excuse the late submission of our brief.

PARK V. KIM

**MOVING PARTY:** Minhye Park    **OPPOSING PARTY:** David Dennis Kim

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** JAE S. LEE    **OPPOSING ATTORNEY:** Alejandra Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, NY 11556
(718) 461-8000, jae@lawjsl.com

81 Main Street, White Plains, NY 10601
(914) 559-3100

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Jae S. Lee    **Date:** 3/6/2023    **Service by:** ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)