UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____X

MINHYE PARK,

        Plaintiff-Appellant,

Docket No.22-2057

-against-

DECLARATION IN SUPPORT OF
MOTION TO EXCUSE LATE
SUBMISSION

DAVID DENNIS KIM,

        Defendant-Appellee
_____X

JAE LEE, an attorney duly admitted to practice in this Court, hereby declares as follows under penalties of perjury:

1. Declarant is an attorney in the firm of JSL Law Offices, P.C., counsel for the Plaintiff in the above referenced appeal. I make this Declaration in Support of the within Motion to excuse the late submission of Appellant's brief in the above- captioned case. The original submission date for our brief was February 27, 2023. Due to the data outrage, we filed a motion to extend time to submit the brief, which was granted by the court to submit the brief by March 3, 2023. Unfortunately, we were unable to recover the data until March 5, 2023, at 6PM.

2. Rule 6(b)(2) provides in relevant part that when by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion… upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. *See LoSacco v. City of Middleton*, 71 F.3d 88, 93 ( 2d Cir.1995) (" excusable neglect" under the Rule 6 (b) is a somewhat ' elastic concept' and is not limited strictly to omission caused by circumstances beyond the control of movant.)

3. As such, we have established " excusable neglect" because of data outrage.

Plaintiff filed late, however, not in bad faith and there is no prejudice to the Defendant because of the late filing.

4. Based on the foregoing, we respectfully request that the Court excuse the late submission of our brief.

Dated: Uniondale, New York
       March 6, 2023

                                       Respectfully submitted,

                                       <u>*/s/ Jae S. Lee*</u>
                                       Jae S. Lee
                                     JSL LAW OFFICES, P.C.
                                     626 RXR PLAZA
                                      Uniondale, NY 11556
                                     (718) 461-8000