

**Alejandra R. Gil**
**Partner**
agil@hpmb.com

March 13, 2023

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

Re: Minhye Park v. David Kim, M.D.
Docket: 22-2057
Our File: 778-1018

Dear Ms. O'Hagan Wolfe:

Our law firm represents Defendant-Appellee Dr. David Kim. We write pursuant to Local Rule 31.2 (a)(1)(B). We respectfully request a deadline of May 5, 2023, to file appellee's brief.

We thank the Court for its consideration.

Respectfully submitted,

Alejandra R. Gil

ARG/bv

cc: **VIA ECF**
Jae Lee, Esq.
JSL LAW OFFICES, P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, New York 11556

2698576.1