# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand twenty-three.

Before:     José A. Cabranes,
                *Circuit Judge.*

_____

Minhye Park,

      Plaintiff - Appellant,

v.

David Dennis Kim,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

      Appellant moves for leave to file the opening brief and appendix out of time.

      IT IS HEREBY ORDERED that the motion is GRANTED, absent objection. Counsel is once again cautioned to heed this Court's deadlines or risk sanctions.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court