UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand and twenty-three,

_____

Minhye Park,

    Plaintiff - Appellant,

v.

David Dennis Kim,

    Defendant - Appellee.

_____

**ORDER**
Docket No. 22-2057

Appellant Minhye Park submission of a Brief, Special Appendix and Appendix vol 1-2 does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Brief, Special Appendix and Appendix vol 1-2 are stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court