# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of April, two thousand twenty-three.

_____

Minhye Park,

       Plaintiff - Appellant,

v.

David Dennis Kim,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

    On April 17, 2023, the Appellant's briefs were stricken from the docket due to counsel's failure to file a brief and appendix that complied with this Court's rules.

    IT IS HEREBY ORDERED that the appeal is dismissed effective April 25, 2023 unless Appellant electronically files compliant versions of her brief and appendix, and submits the six required hard copies of her special appendix.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

