UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
------------------------------------------------------------------------X
MINHYE PARK,

                Plaintiff-Appellant,

  -against-

DAVID DENNIS KIM, M.D.,

                Defendant-Appellee.
------------------------------------------------------------------------X

DOCKET NO.: 22-2057

DECLARATION IN SUPPORT OF MOTION TO FILE SUPPLEMENTAL APPENDIX

      **ALEJANDRA R. GIL,** declares under the penalty of perjury as follows:

I am a partner of the law firm of HEIDELL, PITTONI, MURPHY & BACH, LLP, counsel for Defendant DAVID DENNIS KIM, M.D. I am fully familiar with the facts set forth below based on my review of the file maintained by this office for the defense of this action.

      1.     This declaration is submitted in support of Appellee's Motion to File a Supplemental Appendix with his Appellee Brief.

      2.     Appellee seeks leave to file a Supplemental Appendix with his Brief pursuant to Local Rule 30.1. Appellee's Brief and Supplemental Appendix were filed on the docket on May 5, 2023 (doc. #s 123 and 124). The Supplemental Appendix was filed to include Appellee's underlying motion papers which were not included in Appellant's Appendix or Special Appendix.

      3.     Appellee contacted Appellant's counsel, Jae S. Lee, Esq., on May 12, 2023, by e-mail and advised that Appellee would move for leave to file its Supplemental Appendix. Ms. Lee did not respond to the e-mail.

      4.     Local Rule 30.1 states that "in any case in which an appellant has not filed a joint appendix in compliance with FRAP 30, an appellee may file a supplemental appendix. The

2732369.1

supplemental appendix must comply with FRAP 30 and LR 32.1(b). It must be filed with the appellee's brief." FRAP 30 (a)(1) states, in pertinent part, that "the appellant must prepare and file an appendix to the briefs containing: (D) other parts of the record to which the parties wish to direct the court's attention."

5. The Supplemental Appendix filed by Appellee contains the record for Appellee's Motion to Dismiss. The Supplemental Appendix is directly relevant to the arguments on this appeal. As such, Appellee seeks leave of this Court to file the Supplemental Appendix to provide a complete record for this Court's consideration.

6. Based on the foregoing, Appellee respectfully requests that this Court grant the Motion to File a Supplemental Appendix.

Dated: White Plains, New York
May 18, 2023

                          Respectfully submitted,

                          HEIDELL, PITTONI, MURPHY & BACH, LLP

                          By: _____
                              Alejandra R. Gil (AG 7582)
                              81 Main Street
                              White Plains, New York 10601
                              Tel: (914) 559-3133
                              Fax: (914) 949-1160
                              agil@hpmb.com

                              Attorneys for Defendant
                              DAVID DENNIS KIM, M.D.

TO: **VIA ECF & E-MAIL - (*jae@lawjsl.com*)**
      Jae Lee, Esq.
      JSL LAW OFFICES, P.C.
      Attorneys for Plaintiff
      626 RXR Plaza
      Uniondale, New York 11556

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2057

**Caption [use short title]**

**Motion for:** Leave to file a supplemental appendix with appellee's brief.

Set forth below precise, complete statement of relief sought:

Appellee seeks leave to file a supplemental appendix with its brief. The brief and supplemental appendix were filed on May 5, 2023. The supplemental appendix was filed to include appellee's underlying motion papers which were not included in appellant's appendix or special appendix.

Park v. Kim

**MOVING PARTY:** Dr. David Dennis Kim    **OPPOSING PARTY:** Minhye Park

☐ Plaintiff   ☑ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Alejandra R. Gil    **OPPOSING ATTORNEY:** Jae Soog Lee, Esq.

[name of attorney, with firm, address, phone number and e-mail]

Alejandra R. Gil (agil@hpmb.com)          Jae S. Lee/JSL Law Offices, P.C. (jae@lawjsl.com)
Heidell, Pittoni, Murphy & Bach, LLP       163-10 Northern Blvd, Suite 205
81 Main Street, White Plains, NY 10509, 914-559-3133   Flushing, New York 11358, 718-641-8000

**Court- Judge/ Agency appealed from:** Southern District New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_[signature]_    **Date:** May 12, 2023    **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)