# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty-three,

_____

Minhye Park,

       Plaintiff - Appellant,

v.

David Dennis Kim,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

Appellee moves for leave to file a supplemental appendix with Appellee's brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court