UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2057

**Caption [use short title]**

**Motion for:** Extension of Time

for an ADDITIONAL 21 days to file Appelant's supplement Appendix and Reply brief

Set forth below precise, complete statement of relief sought:

I request additional time to complete and submit the supplemental appendix and reply brief in the above mentioned case. Considering the seriousness of my medical condition and the significant pain and suffering caused by the Shingles outbreak.

PARK v. KIM

**MOVING PARTY:** MINHYE PARK     **OPPOSING PARTY:** DAVID DENNIS KIM

☐ Plaintiff   ☐ Defendant
■ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** JAE S. LEE     **OPPOSING ATTORNEY:** ALEJANDRA R. GIL

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.     HPM&B

626 RXR PLAZA, UNIONDALE, NY 11556     81 MAIN ST, WHITE PLAINS, NY 10601

(718) 461-8000, JAE@LAWJSL.COM     (914) 559 3100, agil@hpmb.com

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No   If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ■ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Jae S. Lee     **Date:** 5.24, 2023   Service by: ☑ CM/ECF   ■ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, New York 11556
Tel: (718) 461-8000, Fax: (866) 449-8003

---

May 24, 2023

*Via ECF*
Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

              Re: **Minhye Park v. David Dennis Kim, No. 22-2057**

Dear Clerk of Court:

We write on behalf of the Plaintiff-Appellant in the above-referenced appeal pursuant to respectfully request an extension of time for an additional 21 days to fulfil the filing requirements of the supplemental appendix and reply brief, in accidence with the U.S. Court of Appeals for the Second Circuit's Local Rule 27.

I have been afflicted with a serious medical condition, namely Shingles, which has caused severe pain and suffering. Unfortunately, the diagnosis of this condition was delayed, thereby impeding my ability to concentrate and diligently prepare the necessary documents within the original timeframe.

In light of the foregoing, Plaintiff-Appellant respectfully requests an additional 21-day extension to submit the supplemental appendix and reply brief.

No prior application has been filed, and we have duly notified opposing counsel and the counsel has consented to the requested extension of time.

                                        Respectfully Submitted,

                                              /s/ *Jae S. Lee*
                                              Jae S. Lee