# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand twenty-three,

_____

Minhye Park,

       Plaintiff - Appellant,

v.

David Dennis Kim,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

Appellant moves for a 21-day extension of time, to June 16, 2023 to file a supplemental appendix and reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court