# JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, New York 11556
Tel: (718) 461-8000, Fax: (866) 449-8003

---

June 9, 2023

*Via ECF*
Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

      Re: **Minhye Park v. David Dennis Kim, No. 22-2057**

Dear Clerk of Court:

    We write on behalf of the Plaintiff-Appellant in the above-referenced appeal pursuant to respectfully request an extension of time for an additional 30 days to fulfil the filing requirements of the supplemental appendix and reply brief, in accidence with the U.S. Court of Appeals for the Second Circuit's Local Rule 27.

    1.    We have previously sought an extension and were granted a 21 day extension of time due to a delayed diagnosis of Shingles, which caused extreme pain.

    2.    We are now requesting a second extension of time for the supplemental appendix and reply brief due to a significant injury I sustained on May 29, 2023, resulting in a fractured wrist multiple fractures. Currently, my wrist is immobilized in a cast. All three doctors have concurred that surgery is necessary, and we are in the process of scheduling the procedure. As a result of limited mobility and considerable pain and suffering, I respectfully request an additional 30 day extension, which would enable us to file our supplemental appendix and reply brief.

    3.    It is important to note that the opposing counsel has consented to this extension.

    Thank you for your understanding and consideration of our circumstances. We assure you that, upon receiving the extension, we will make every effort to expedite our compliance with the court's orders.

                                                Respectfully Submitted,

                                               /s/ *Jae S. Lee*
                                               Jae S. Lee

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **22-2057**

Caption [use short title]

Motion for: **Extension of Time**

for an ADDITIONAL 30 days to file Appelant's supplement Appendix and Reply brief

Set forth below precise, complete statement of relief sought:

I request additional 30 day extension time to complete and submit the supplemental appendix and reply brief in the above mentioned case due to a significant injury I sustained on May 29, 2023, resulting in a fractured wrist multiple fractures. we are in the process of scheduling the surgery. As a result of limited mobility and and considerable pain and suffering, I request an extension of time.

**PARK v. KIM**

MOVING PARTY: **MINHYE PARK**  OPPOSING PARTY: **DAVID DENNIS KIM**

☐ Plaintiff  ■ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: **JAE S. LEE**  OPPOSING ATTORNEY: **ALEJANDRA R. GIL**

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.  HPM&B

626 RXR PLAZA, UNIONDALE, NY 11556  81 MAIN ST, WHITE PLAINS NY 10601

(718) 461-8000, JAE@LAWJSL.COM  (914) 559 3100, agil@hpmb.com

Court-Judge/Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ■ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ■ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

Signature of Moving Attorney:

/s/ Jae S. Lee  Date: 6/9/2023  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)