# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-three.

_____

Minhye Park,

    Plaintiff - Appellant,

v.

David Dennis Kim,

    Defendant - Appellee.
_____

**ORDER**

Docket No. 22-2057

    Appellant moves for a 30-day extension of time, to July 17, 2023, to file the reply brief and a supplemental appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

