# JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, New York 11556
Tel: (718) 461-8000, Fax: (866) 449-8003

July 17, 2023

*Via ECF*

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeal
for the Second Circuit,
Thurgood Marshall U.S. Courthouse,
40 Foley Square,
New York, New York 10007.

    Re:    Minhye Park v. David Dennis Kim, No. 22-2057

Dear Ms. Wolfe:

    I respectfully request that this Court accept this letter as the Appellant's request for an extension of time to file its brief.

    Pursuant to the U.S. Court of Appeals for the Second Circuit's Local Rule 27, I am submitting this request for a seven-day extension to file the appellant's reply brief and supplemental appendix. The original deadline for these filings is July 17, 2023. Regretfully, my recovery from recent surgery has been more protracted than anticipated due to persisting pain in my wrist. Additionally, I have recently fallen ill with a severe flu, accompanied by a higher fever, headaches, and persistence coughing.

    Prior to this, I had requested an extension due to suffering from Shingles and undergoing wrist surgery.

    Therefore, I respectfully request an enlargement of the time for 7 days, or any time period that the Court finds equitable and appropriate.

    Respectfully submitted,

    /s/ *Jae S. Lee*
    Jae S. Lee

# CERTIFICATE OF SERVICE

STATE OF NEW YORK)
                          ss:
COUNTY OF QUEENS)

       I, JAE S. LEE, ESQ., an attorney at law, duly admitted to practice law before the United States Court of Appeal for the Second circuit, hereby affirm, under the penalties of perjury:

       I am not a party to this action, I am over 18 years of age, and maintain a business address at Uniondale, New York. On July 17, 2023, I served the within an extension of time to file a reply brief and supplement appendix by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each:

TO:     Heiell, Pittoni, Murphy & Back
          81 Main Street
          White Plains, NY 10601

Dated: Uniondale, New York
         July 17, 2023

                                                                                       /s/ *Jae S. Lee*
                                                                                        Jae S. Lee

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2057

Caption [use short title]

Motion for: Extension of time

Set forth below precise, complete statement of relief sought:

Pursuant to the U.S Court of Appeals for the Second Circuit's Local Rule 27, I am submitting this request

PARK v. KIM

MOVING PARTY: Minhye Park           OPPOSING PARTY: David Dennis Kim

[ ] Plaintiff     [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Jae S Lee           OPPOSING ATTORNEY: Alejandra Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES | Heidell, Pittoni, Murphy $ Bach LLP
626 RXR PLAZA, UNIONDALE, NY 11556 | 81 Main Street, White Plains, NY 10601
718) 461-8000, jslee.esq@gmail, jae@lawjsl.com | 914) 559-3133, agil@hpmb.com

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [ ] No If yes, enter date: _____

Signature of Moving Attorney:
/s/ Jae S. Lee       Date: 7/17/2023   Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)