UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2057

Motion for: EXCUSE LATE SUBMISSION

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Due to Due to unexpected illness with a severe fever, persistent coughing, and immense pain, I was unable to complete the reply- brief within the specified time frame. I respectfully request that the Court excuse the late submission of reply-brief.

PARK V. KIM

MOVING PARTY: Minhye Park
OPPOSING PARTY: David Dennis Kim

[ ] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: JAE S. LEE
OPPOSING ATTORNEY: Alejandra Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.
626 RXR Plaza, Uniondale, NY 11556
(718) 461-8000, jae@lawjsl.com

81MainStreet,WhitePlains,NY10601
(914) 559-3100

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney:
/s/ Jae S. Lee   Date: 7/25/2023   Service by: [✓] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
―――――――――――――――――――X
MINHYE PARK,

        Plaintiff-Appellant,

Docket No.22-2057

-against-

DAVID DENNIS KIM,

DECLARATION IN SUPPORT OF
MOTION TO EXCUSE LATE
SUBMISSION

        Defendant-Appellee
―――――――――――――――――――X

    JAE LEE, an attorney duly admitted to practice in this Court, hereby declares as follows under penalties of perjury:

1. Declarant is an attorney in the firm of JSL Law Offices, P.C., counsel for the Plaintiff in the above referenced appeal. I make this Declaration in Support of the within Motion to excuse the late submission of Appellant's reply-brief in the above- captioned case. The original submission date for our brief was July 17, 2023. Due to unexpected illness with a severe fever, persistent coughing, and immense pain in the days leading up to the deadline, Declarant was unable to complete the reply- brief within the specified time frame.

2. Rule 6(b)(2) provides in relevant part that when by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion… upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. *See LoSacco v. City of Middleton*, 71 F.3d 88, 93 ( 2d Cir.1995) ("excusable neglect" under the Rule 6 (b) is a somewhat ' elastic concept' and is not limited strictly to omission caused by circumstances beyond the control of movant.)

3. As such, Declarant firmly believe that my failure to file the required reply-brief on time. was the direct result of the excusable neglect caused by my debilitating health condition. Declarant filed late, however, not in bad faith and there is no prejudice to the Defendant because of the late filing.

4. Based on the foregoing, we respectfully request that the Court excuse the late submission of reply brief.

Dated: Uniondale, New York
July 25, 2023

Respectfully submitted,

*/s/ Jae S. Lee*
Jae S. Lee
JSL LAW OFFICES, P.C.
626 RXR PLAZA
Uniondale, NY 11556
(718) 461-8000