# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-three.

_____

Minhye Park,

        Plaintiff - Appellant,

v.

David Dennis Kim,

        Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

    Appellant moves for the Court to accept the out of time reply brief filed on July 25, 2023.

    IT IS HEREBY ORDERED that the motion is GRANTED to the extent that, on or before August 9, 2023, Appellant must file a reply brief that complies with the Notice of Defective Filing dated August 1, 2023. If a compliant reply brief is filed by that date, the reply brief will be considered timely. If Appellant does not file a compliant reply brief by August 9, 2023, the reply brief filed on July 25, 2023 will be stricken from the docket and the appeal will be calendared in the ordinary course with the Court not considering the reply brief.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court

