UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand and twenty-three,

_____

| | |
|---|---|
| Minhye Park, | **ORDER** <br> Docket No. 22-2057 |
|     Plaintiff - Appellant, | |
| v. | |
| David Dennis Kim, | |
|     Defendant - Appellee. | |

_____

    Appellant's Minhye Park submission of a reply brief does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said reply brief is stricken from the docket.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

