UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
----------------------------------------X
MINHYE PARK,

            Docket No.22-2057

    Plaintiff-Appellant,

-against-                 DECLARATION IN SUPPORT OF
                             MOTION TO VACATE ORDER &
                             EXCUSE LATE SUBMISSION

DAVID DENNIS KIM,

    Defendant-Appellee
----------------------------------------X

    JAE LEE, an attorney duly admitted to practice in this Court, hereby declares as follows under penalties of perjury:

    1. Declarant is an attorney in the firm of JSL Law Offices, P.C., counsel for the Plaintiff in the above referenced appeal. I make this Declaration in Support of the within Motion to vacate the Strike Order issued on August 14, 2023, pertaining to the defective reply brief I submitted on July 24, 2023. The defective was to rectify the defect, specifically the inaccurate thumbnails pages, by August 9, 2023. On June 11, 2023, I underwent wrist surgery to address multiple fractures and the insertion of a pin. Regretfully, a post- surgical infection prevented me from rectifying the defect within the time.

    2. Rule 6(b)(2) provides in relevant part that when by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion… upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. *See LoSacco v. City of Middleton*, 71 F.3d 88, 93 ( 2d Cir.1995) (" excusable

1

neglect" under the Rule 6 (b) is a somewhat ' elastic concept' and is not limited strictly to omission caused by circumstances beyond the control of movant.)

Given my unforeseen health complications, I have established "excusable neglect" as defined by the rule. While the submission was tardy, it was not out of malintent, and the delay has not unduly prejudiced the Defendant.

In light of the above, I respectfully request that the Court to consider and accept our late submission of our reply brief.

Dated: Uniondale, New York
September 6, 2023

Respectfully submitted,

*/s/ Jae S. Lee*
Jae S. Lee
JSL LAW OFFICES, P.C.
626 RXR PLAZA
Uniondale, NY 11556
(718) 461-8000

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-2057

Caption [use short title]

Motion for: EXCUSE LATE SUBMISSION

Set forth below precise, complete statement of relief sought:

Due to my unforeseen health complications, I was not able to cure the defect (inaccurate thumbnails pages) of the reply brief by August 9, 2023. While the submission was tardy, it was not out of malintent, and the delay has not unduly prejudiced the Defendant. I respectfully request that the Court consider and accept our late submission of our brief.

PARK V. KIM

MOVING PARTY: Minhye Park        OPPOSING PARTY: David Dennis Kim

[ ] Plaintiff    [ ] Defendant
[✓] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: JAE S. LEE        OPPOSING ATTORNEY: Alejandra Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.

626 RXR Plaza, Uniondale, NY 11556        81 Main Street, White Plains, NY 10601

(718) 461-8000, jae@lawjsl.com        (914) 559-3100

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney:
/s/ Jae S. Lee        Date: 9/6/2023        Service by: [ ] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)