# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand twenty-three.

_____

Minhye Park,

       Plaintiff - Appellant,

v.

David Dennis Kim,

       Defendant - Appellee.

_____

**ORDER**

Docket No. 22-2057

Appellant moves for the Court to accept her late-filed reply brief.

IT IS HEREBY ORDERED that the motion is DENIED. As stated in this Court's August 7, 2023 order, Appellant must file a reply brief that complies with the Notice of Defective Filing dated August 1, 2023. Appellant has yet to file a reply brief that complies with this Court's rules.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court