# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2057  **Caption [use short title]**

**Motion for:** RECONSIDERATION

Set forth below precise, complete statement of relief sought:

2. Upon a through review of the original submission from July 24, 2023, and the order dated August 1, 2023 ( attached), it is evident that the document is text-searchable and fully compliant with the Court's standard. 3. On September 6, 2023, upon telephonic guidance from the Court regarding concerns about incorrect pagination in the brief, a corrected version of the submission has been duly presented to the Court.

PARK V. KIM

**MOVING PARTY:** Minhye Park  **OPPOSING PARTY:** David Dennis Kim

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** JAE S. LEE   **OPPOSING ATTORNEY:** Alejandra Gil

[name of attorney, with firm, address, phone number and e-mail]

JSL LAW OFFICES, P.C.

626 RXR Plaza, Uniondale, NY 11556   81 Main Street, White Plains, NY 10601

(718) 461-8000, jae@lawjsl.com   (914) 559-3100

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

/s/ Jae S. Lee   **Date:** 9/8/2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
_____X
MINHYE PARK,

        Plaintiff-Appellant,

-against-

DAVID DENNIS KIM,

        Defendant-Appellee
_____X

Docket No.22-2057

DECLARATION IN SUPPORT OF
MOTION FOR RECONSIDERATION

JAE LEE, an attorney duly admitted to practice in this Court, hereby declares as follows under penalties of perjury:

1. Declarant is an attorney in the firm of JSL Law Offices, P.C., counsel for the Plaintiff in the above referenced appeal. I respectfully submit this motion for reconsideration regarding the Court's previous order concerning the alleged defective nature of my submission.

2. Upon a through review of the original submission from July 24, 2023 and the order dated August 1, 2023, it is evident that the document is text-searchable and fully compliant with the Court's standard.

3. On September 6, 2023, upon telephonic guidance from the Court regarding concerns about incorrect pagination in the brief, I promptly corrective measures. I immediately sought assistance from technicians. However, on that day, none of the technicians were successful in addressing the issue. It was only on the subsequent day, September 7, 2023, that a senior technician was able to rectify the pagination error. The pagination issue has now been addressed, and a corrected version of the submission has been duly presented to the Court.

4. The core content and the essence of the arguments presented in the brief remain unaltered.

1

The initial pagination error, while regrettable, did not change the substantive arguments or cause prejudice to the opposing party. The corrected version maintains the original substance and merely adjusts its form.

In light of the above, I respectfully request the Court to reconsider its order dated August 1, 2023, September 7, 2023, and to acknowledge the compliance of the original submission from July 24, 2023.

Respectfully submitted,

Dated: Uniondale, New York
September 8, 2023

                          Respectfully submitted,

                          */s/ Jae S. Lee*
                          Jae S. Lee
                          JSL LAW OFFICES, P.C.
                          626 RXR PLAZA
                          Uniondale, NY 11556
                          (718) 461-8000

**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: August 01, 2023
Docket #: 22-2057cv
Short Title: Park v. Kim

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 20-cv-2636
DC Court: EDNY (BROOKLYN)
DC Judge: Chen
DC Judge: Bloom

## NOTICE OF DEFECTIVE FILING

On July 25, 2023, the Reply Brief, on behalf of the Appellant Minhye Park, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
 _____ Missing proof of service
 _____ Served to an incorrect address
 _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
\_\_**X**\_\_ **Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable**
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
 _____ Incorrect caption *(FRAP 32)*
 _____ Wrong color cover *(FRAP 32)*
 _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

_____ Incorrect Filing Event
_____ Other: _____

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than August 3, 2023. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8539.