UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand and twenty-three,

Minhye Park,

    Plaintiff - Appellant,

v.

David Dennis Kim,

    Defendant - Appellee.

**ORDER**
Docket No. 22-2057

Appellant moves for reconsideration and for the Court to accept Appellant's late-filed reply brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court