UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty three,

Minhye Park,

    Plaintiff - Appellant,

v.

David Dennis Kim,

    Defendant - Appellee.

**ORDER**
Docket No. 22-2057

    It is hereby **ORDERED** that Appellant submit a copy of the decision in *Matter of Bourguignon v. Coordinated Behavioral Health Servs., Inc.*, 114 A.D.3d 947 (3d Dep't 2014) to the Court.  The case is cited on page six of Appellant's Reply Brief.  The reporter citation provided does not correspond to the case name.  Appellant must submit a copy of the decision on or before November 27, 2023.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

