| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Margaret Lain |
| **Subject:** | 22-2057-cv / Park v. Kim USCA Order |
| **Date:** | Tuesday, January 30, 2024 9:53:19 AM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, January 30, 2024 9:47 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:20-cv-02636-PKC-LB Park v. Kim USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/30/2024 at 9:47 AM EST and filed on 1/30/2024

**Case Name:** Park v. Kim
**Case Number:** 1:20-cv-02636-PKC-LB
**Filer:**
**WARNING: CASE CLOSED on 08/25/2022**
**Document Number:** 48

**Docket Text:**
**ORDER of USCA as to [47] Notice of Appeal filed by Minhye Park. Plaintiff-Appellant Minhye Park appeals from an August 25, 2022, judgment of the United States District Court for the Eastern District of New York (Chen, J.) dismissing her action against Defendant-Appellee David Dennis Kim, pursuant**

**to Rules 37 and 41(b) of the Federal Rules of Civil Procedure, for her persistent and knowing violation of court orders. The record demonstrates Parks sustained and willful intransigence in spite of repeated warnings that failure to comply would result in the dismissal of the action. Accordingly, we AFFIRM the Judgment of dismissal. Certified Copy Issued: 1/30/2024. USCA# 22-2057. (VJ)**

**1:20-cv-02636-PKC-LB Notice has been electronically mailed to:**

Robert B. Gibson    rgibson@hpmb.com

Jae Soog Lee    jae@lawjsl.com

Alejandra R. Gil    agil@hpmb.com, alejandra.rosario@gmail.com

Olivia Darius    odarius@hpmb.com

Hayley B Newman    hnewman@hpmb.com

Bianca Marie Van Deusen    bianca.vandeusen@gmail.com

**1:20-cv-02636-PKC-LB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/30/2024] [FileNumber=18627190-0]
[74ccabc49bb4f4d39e559cad5a637ef5ab9f7a5990fe085653f5f715026764dcd55c
956c565fd4956a0d83372197a0e771b92571e5abebdb9d51391cf0c47eb9]]