# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of January, two thousand twenty-four.

Before:      Barrington D. Parker,
                 Alison J. Nathan,
                 Sarah A. L. Merriam,
                     *Circuit Judges*.

_____

Minhye Park,

      Plaintiff - Appellant,

v.

David Dennis Kim,

      Defendant - Appellee.

_____

**JUDGMENT**

Docket No. 22-2057

      The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's August 25, 2022, judgment of dismissal is AFFIRMED.

                                                          For the Court:
                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court

